■ In the Matter of ANDRES ACERO, Appellant, v NEW YORK STATE BOARD OF PAROLE, Respondent. [764 NYS2d 367] —Appeal from a judgment of the Supreme Court (Cobb, J.), entered June 7, 2002 in Albany County, which, in a proceeding pursuant to CPLR article 78, granted respondent's motion to dismiss the petition as untimely.

Petitioner commenced this CPLR article 78 proceeding to challenge the revocation of his parole and the imposition of a seven-year time assessment. The petition was properly dismissed by Supreme Court as untimely as it exceeded the applicable four-month statute of limitations (*see* CPLR 217 [1]; *see also Matter of Grant v Senkowski*, 95 NY2d 605 [2001]). Petitioner's representations to the contrary have been examined and found to be without merit.

Cardona, P.J., Mercure, Crew III, Peters and Spain, JJ., concur. Ordered that the judgment is affirmed, without costs.

■ In the Matter of RICHARD E. DUNAVIN, Appellant, v BRION D. TRAVIS, as Chair of the New York State Division of Parole, Respondent. [764 NYS2d 367] —Appeal from a judgment of the Supreme Court (Connor, J.), entered September 18, 2002 in Albany County, which dismissed petitioner's application, in a proceeding pursuant to CPLR article 78, to review a determination of the Board of Parole denying petitioner's request for parole release.

Petitioner has reappeared before the Board of Parole since the parole release determination giving rise to this proceeding and his request for parole release has again been denied. Given petitioner's subsequent appearance before the Board, the instant matter is now moot and must be dismissed (*see Matter of Boddie v New York State Div. of Parole*, 306 AD2d 661 [2003]).

Cardona, P.J., Mercure, Carpinello, Rose and Lahtinen, JJ., concur. Ordered that the appeal is dismissed, as moot, without costs.